**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Glenn Michael ROGERS, Defendant-**
**Appellant.**

No. 30562

**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

March 26, 1971.

Rehearing Denied April 12, 1971.

Thomas G. Sharpe, Jr., Hardy & Sharpe, Brownsville, Tex., for defendant-appellant.

Anthony J. P. Farris, U. S. Atty., Raul A. Gonzalez, Dewey F. Meadows, James R. Gough, Asst. U. S. Attys., Houston, Tex., for plaintiff-appellee.

Before BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

